UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA
Omaha Division

In Re

**Mark J. Whetstone and
Karil A. Whetstone**,

       Debtors.

**Wells Fargo Bank, National Association**,
its successors and assigns,

       Movant.

Case No: **10-80713**

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
nebk@km-law.com

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

    COMES NOW William T. Holmes II, of Kozeny & McCubbin, L.C., Attorneys at Law, and hereby enters his appearance on behalf of the Movant, Wells Fargo Bank, National Association, in the above styled cause of action and requests notice of all filings.

    Respectfully submitted,

    __/s/ William T. Holmes II_____
William T. Holmes II, #59759
Clinton Woerth, #53825
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
nebk@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was filed electronically and/or mailed by U.S. First Class Mail on **March 19, 2010**, to:



Mark Whetstone and Karil Whetstone
Debtors
9105 Nina Street
Omaha, NE 68124

Wesley H. Bain, Jr.
Attorney for Debtor
2580 90th St.
Omaha, NE  68124

Kathleen Laughlin
Trustee
13930 Gold Circle
Suite 201
Omaha, NE 68144

Patricia Fahey
U.S. Trustee
111 So 18th Plz, Suite 1148
Omaha, NE 68102

/s/ Kenya Curry
Kenya Curry

