IN THE UNITED STATES BANKRUPTCY COURT
District of Nebraska

In the Matter of: }
} Case No. 10-80713
Mark J. Whetstone }
Karil A. Whetstone } Chapter 13
}
Debtor(s) }

## CERTIFICATION BY DEBTOR
## IN SUPPORT OF CONFIRMATION

With regard to the Chapter 13 plan/amended plan filed on __3/18/10__ I certify that:

__X__ Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation as defined by 11 U.S.C. Sec. 101(14A).

OR

_____ I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. Sec. 101(14A)] required by a judicial or administrative order, or by statute.

I declare under penalty of perjury that the foregoing certification is true and correct.

_____    Dated: 3-19-10
Mark J. Whetstone, Debtor

_____    Dated: 3-19-2010
Karil A. Whetstone, Joint Debtor