## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK. NO. 10-80713-TJM |
| | ) | |
| MARK J. WHETSTONE | ) | CHAPTER 13 |
| SSN: ###-##-0844 | ) | |
| KARIL A. WHETSTONE | ) | |
| SSN: ###-##-9112 | ) | |
| | ) | |

**Debtors.**

### ORDER FOR DEBTOR TO PAY TRUSTEE

The above-named debtors having filed a petition under Chapter 13 of the Bankruptcy Code, having submitted all future income to the jurisdiction of this Court in accordance with the statute, and with no adverse interest being represented;

IT IS, THEREFORE, ORDERED that until further Order of this COURT, the DEBTORS named above SHALL PAY the sum of **$170.00 MONTHLY** commencing on or before **04/11/2010**, this date representing 30 days from the date the Chapter 13 Plan was filed as required by 11 U.S.C. § 1326 (a) (1). These payments shall be remitted to:

KATHLEEN A. LAUGHLIN, TRUSTEE
13930 Gold Circle, Suite 201
Omaha, NE 68144

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall ONLY be by money order, postal order, cashier's check, or certified funds. Personal checks and cash will NOT be accepted.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supersedes previous orders to the debtors to make payments to the Trustee in this case.

DATED: **March 19, 2010**

_____
Timothy J. Mahoney, Judge
United States Bankruptcy Court
District of Nebraska

Copies mailed to:

| | | |
|---|---|---|
| MARK J. WHETSTONE | KARIL A. WHETSTONE | WESLEY H BAIN |
| 9105 NINA STREET | 9105 NINA STREET | 2580 S 90TH ST |
| OMAHA, NE 68124 | OMAHA, NE 68124 | OMAHA, NE 68124 |