# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   MARK J. WHETSTONE  
       KARIL A. WHETSTONE  
       DEBTOR(S)

CASE NUMBER   10-80713-TJM  
CLAIM NUMBER   052  
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304  
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  9770

RJM ACQUISITIONS FUNDING LLC  
575 UNDERHILL BLVD, STE 224  
SYOSSET, NY 11791-3416

AMOUNT:                              81.47  
Classified as:                       Unsecured

Remarks:

    If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   06/01/2010

    Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                                s/ Kathleen A. Laughlin  
                                Kathleen A. Laughlin

RJM ACQUISITIONS FUNDING LLC  
575 UNDERHILL BLVD, STE 224  
SYOSSET, NY 11791-3416

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE:  MARK J. WHETSTONE | CASE NUMBER   10-80713-TJM |
| KARIL A. WHETSTONE | CLAIM NUMBER  051 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  3356

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416

AMOUNT:                        18.29
Classified as:                 Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   06/01/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416

# United States Bankruptcy Court
For The
District of Nebraska

| | |
|---|---|
| IN RE:  MARK J. WHETSTONE<br>KARIL A. WHETSTONE<br>DEBTOR(S) | CASE NUMBER  10-80713-TJM<br>CLAIM NUMBER  050<br>(CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at: 402.697.0437            or by fax at: 866.554.4057

Account No.: 6375

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416

AMOUNT:                81.96
Classified as:        Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   06/01/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                                                    s/ Kathleen A. Laughlin
                                                    Kathleen A. Laughlin

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416

# United States Bankruptcy Court
For The
District of Nebraska

IN RE:   MARK J. WHETSTONE  
       KARIL A. WHETSTONE  
       DEBTOR(S)

CASE NUMBER   10-80713-TJM  
CLAIM NUMBER  054  
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304  
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  5942

JEFFERSON CAPITAL SYSTEM  
PO BOX 7999  
ST CLOUD, MN 56302-9617

AMOUNT:                1,807.20  
Classified as:         Unsecured

Remarks:

    If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   06/01/2010

    Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                                                s/ Kathleen A. Laughlin  
                                                Kathleen A. Laughlin

JEFFERSON CAPITAL SYSTEM  
PO BOX 7999  
ST CLOUD, MN 56302-9617

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  MARK J. WHETSTONE  
KARIL A. WHETSTONE  
DEBTOR(S)

CASE NUMBER  10-80713-TJM  
CLAIM NUMBER  042  
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304

or by phone at: 402.697.0437            or by fax at: 866.554.4057

Account No.: 3764

RJM ACQUISITIONS FUNDING LLC  
575 UNDERHILL BLVD, STE 224  
SYOSSET, NY 11791-3416

AMOUNT:  88.53  
Classified as:  Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 06/01/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin  
Kathleen A. Laughlin

RJM ACQUISITIONS FUNDING LLC  
575 UNDERHILL BLVD, STE 224  
SYOSSET, NY 11791-3416

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE: MARK J. WHETSTONE<br>KARIL A. WHETSTONE<br>DEBTOR(S) | CASE NUMBER 10-80713-TJM<br>CLAIM NUMBER 041<br>(CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   0523

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416

AMOUNT:                              70.15
Classified as:                       Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   06/01/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE:   MARK J. WHETSTONE | CASE NUMBER   10-80713-TJM |
| KARIL A. WHETSTONE | CLAIM NUMBER   048 |
| DEBTOR(S) | (CHAPTER 13) |

### ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
### THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
### AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437              or by fax at: 866.554.4057

Account No.:  6855

| | | |
|---|---|---|
| WELLS FARGO HOME MORTGAGE | AMOUNT: | 2,243.00 |
| BANKRUPTCY MAIL MAC#X7801-014 | Classified as: | Secured |
| 3476 STATEVIEW BLVD | Interest Accrual | 5.2500% |
| FT MILL, SC 29715 | From Date | 03/12/2010 |

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   06/01/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                        s/ Kathleen A. Laughlin
                        Kathleen A. Laughlin

WELLS FARGO HOME MORTGAGE
BANKRUPTCY MAIL MAC#X7801-014
3476 STATEVIEW BLVD
FT MILL, SC 29715

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE:  MARK J. WHETSTONE<br>KARIL A. WHETSTONE<br>DEBTOR(S) | CASE NUMBER  10-80713-TJM<br>CLAIM NUMBER  047<br>(CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437           or by fax at: 866.554.4057

Account No.:  6855

| | | |
|---|---|---|
| WELLS FARGO HOME MORTGAGE<br>BANKRUPTCY MAIL MAC#X7801-014<br>3476 STATEVIEW BLVD<br>FT MILL, SC 29715 | AMOUNT:<br>Classified as: | 119,919.21<br>Secured |

Remarks:   TRUSTEE TO CURE; D TO MAKE REG PMTS

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   06/01/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

WELLS FARGO HOME MORTGAGE
BANKRUPTCY MAIL MAC#X7801-014
3476 STATEVIEW BLVD
FT MILL, SC 29715

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  MARK J. WHETSTONE             CASE NUMBER   10-80713-TJM
        KARIL A. WHETSTONE            CLAIM NUMBER  053
        DEBTOR(S)                     (CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437        or by fax at: 866.554.4057

Account No.: 0797

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416

AMOUNT: 60.01
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 06/01/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 04/30/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

RJM ACQUISITIONS FUNDING LLC
575 UNDERHILL BLVD, STE 224
SYOSSET, NY 11791-3416