Case 10-80713-TJM    Doc 17    Filed 05/24/10    Entered 05/24/10 12:02:45    Desc Page 1 of 1
0058-1L-EPICXX-00252707-451459

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE:  MARK J. WHETSTONE | CASE NUMBER  10-80713-TJM |
| KARIL A. WHETSTONE | CLAIM NUMBER  056 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437          or by fax at: 866.554.4057

Account No.: 0148

ROUNDUP FUNDING LLC
PO BOX 91121
SEATTLE, WA 98111-9221

AMOUNT: 414.21
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 06/23/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 05/24/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

ROUNDUP FUNDING LLC
PO BOX 91121
SEATTLE, WA 98111-9221