IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:            )   CASE NO: 10-80713
                             )
Mark & Karil Whetstone       )   CHAPTER 13
                             )
          Debtor(s).         )

## CHAPTER 13 FEE APPLICATION

Applicant,    Wesley H. Bain, Jr. #23620    , was retained by the debtor to serve in this bankruptcy as debtor's attorney. Applicant hereby requests the Court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---:|
| Total fees requested to date: | $2,804.00 |
| Total expenses requested to date: | $174.34 |
| Amount received to date (exclusive of filing fee) | $176.00 |
| Fees to be paid through Plan: | $2,802.34 |

1. The amount requested, if allowed, will be paid in full after       16.00
   monthly payments under the plan.
2. The time and billings for services are summarized as follows:

| Identity of Person | Atty/Paralegal | Hours | Rates | Total |
|---|---|---|---|---|
| Wesley H. Bain, Jr. | Attorney | 10.5 | $200.00 | $2,100.00 |
| Jan A. Nedell | Paralegal | 0.4 | $80.00 | $32.00 |
| Sanchali Patil | Paralegal | 8.2 | $80.00 | $656.00 |
| Cindy Chenier | Paralegal | 0.2 | $80.00 | $16.00 |
| Total | | | | $2,804.00 |

3. Anticipated additional attorney time to monitor case over life of plan:     N/A
4. A detailed statement of charges for out-of-pocket expenses in the aggregate amount of    $174.34   is attached, if applicable.
5  Attached to this application is a detailed time summary as required by the Court.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.

WHEREFORE, Applicant requests that the Court enter an Order approving of the above requested fees and costs, that the Chapter 13 Trustee be ordered to pay said fees and costs with all available funds on hand as an administrative expense and for such other relief as may be just and proper.

Dated:     6/8/2010          Mark & Karil Whetstone
                             Debtor(s)

*/s/ Wesley H. Bain, Jr.*
Wesley H. Bain, Jr. #23620
John T. Turco & Associates
2580 South 90th Street
Omaha, Nebraska 68124-2050
Voice: (402) 933-8600
Fax:   (402) 934-2848
Attorney for Debtor(s)

Turco & Associates
Attorneys at Law
2580 South 90th Street
Omaha, NE 68124

Date:    6/08/2010

Mark & Karil Whetstone
9105 Nina Street
Omaha, NE 68124

Regarding:    Whetstone, Mark & Karil
Invoice No:    01338

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/01/2010 | WHB | Initial consultation. | 1.00 | $0.00 | $0.00 |
| 3/09/2010 | SAP | Phone call to Karil with list of missing documents. | 0.20 | $80.00 | $16.00 |
| 3/10/2010 | SAP | Karil came in to drop off missing documents. Went over the documents and questionnaire. Discussed the questions and bank deposits with her. | 0.50 | $80.00 | $40.00 |
| 3/11/2010 | SAP | Petition preparation. Reviewed all client provided documentation. Downloaded credit report, Lexis report, Justice report, PACER report, and certificate of credit counseling. Scanned all documents. Prepared schedules, statements, and means test. Performed bank account audit and payroll audit. | 7.50 | $80.00 | $600.00 |
| 3/12/2010 | WHB | Met with client for signing appointment. Updated some forms. Reviewed schedules and statements and discussed Chapter 13 plan at length. Prepared forms to be signed and filed. Scanned and filed voluntary petition, certificates of credit counseling, and income records. | 2.50 | $200.00 | $500.00 |
| 3/16/2010 | WHB | Received and reviewed clerks evidence of repeat filing. | 0.10 | $200.00 | $20.00 |
| 3/18/2010 | WHB | Prepared and mailed letter and DSO to client. Calendared deadline. | 0.30 | $200.00 | $60.00 |
| 3/18/2010 | WHB | Drafted, scanned, and filed Chapter 13 plan with 9013 notice and certificate of service. | 2.00 | $200.00 | $400.00 |

Turco & Associates

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/18/2010 | WHB | Received and reviewed 6 proof of claims filed by RJM Acquisitions LLC. Reviewed and noted file. | 0.40 | $200.00 | $80.00 |
| 3/18/2010 | WHB | Prepared and transmitted suggestions of bankruptcy to appropriate parties. | 0.50 | $200.00 | $100.00 |
| 3/19/2010 | CMC | Cheryl from Trustee's Office called requesting information for Mark & Karil. | 0.10 | $80.00 | $8.00 |
| 3/19/2010 | WHB | Scanned and filed DSO certification with the Court. | 0.20 | $200.00 | $40.00 |
| 3/22/2010 | CMC | Karil received 341 notice in the mail along with a blank POC form. She wondered if she needed to fill out the form. I explained to her what it was and told her she did not need to do anything with it. | 0.10 | $80.00 | $8.00 |
| 3/23/2010 | JAN | Received and reviewed 341 notice. Calendared hearing. Mailed letter with copy to client. | 0.40 | $80.00 | $32.00 |
| 3/23/2010 | WHB | Received and reviewed creditor proof of claim: Wells Fargo Bank. $119,919.21. | 0.10 | $200.00 | $20.00 |
| 3/25/2010 | WHB | Received and reviewed creditor proof of claim: First Financial Portfolio Management. $1,807.20 | 0.10 | $200.00 | $20.00 |
| 3/25/2010 | WHB | Transmitted tax returns to Trustee's office. | 0.20 | $200.00 | $40.00 |
| 3/29/2010 | WHB | Received and reviewed order for debtor to pay trustee $170.00 monthly. | 0.10 | $200.00 | $20.00 |
| 3/30/2010 | WHB | Received and reviewed creditor proof of claim: The Nebraska Medical Center. $32.00 | 0.10 | $200.00 | $20.00 |
| 4/01/2010 | WHB | Received and reviewed creditor proof of claim: FCNB Master Trust. $701.75 | 0.10 | $200.00 | $20.00 |
| 4/14/2010 | WHB | Received and reviewed creditor proof of claim: Marguerite Whetstone. $1,876.99 | 0.10 | $200.00 | $20.00 |
| 4/20/2010 | WHB | Received creditor request for notice filed by Recovery Management Systems Corporation. | 0.10 | $200.00 | $20.00 |
| 4/27/2010 | WHB | Prepared for and attended 341 hearing. Conducted follow up. | 1.00 | $200.00 | $200.00 |
| 4/29/2010 | WHB | Received and reviewed creditor proof of claim: Roundup Funding, LLC. $414.21 | 0.10 | $200.00 | $20.00 |

Turco & Associates

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/14/2010 | WHB | Received and reviewed order confirming chapter 13 plan. | 0.10 | $200.00 | $20.00 |
| 5/18/2010 | WHB | Received and reviewed creditor proof of claim: Methodist Physicians Clinic. $239.67 | 0.10 | $200.00 | $20.00 |
| 5/24/2010 | WHB | Received and reviewed creditor proof of claim: PRA Receivables Management, LLC. $6,620.97 | 0.10 | $200.00 | $20.00 |
| 5/25/2010 | WHB | Received and reviewed creditor proof of claim: Worldwide Asset Purchasing II, LLC. $2,571.99 | 0.10 | $200.00 | $20.00 |
| 6/02/2010 | WHB | Received and reviewed 21 proof of claims filed by Merchants Credit Adjusters. Reviewed and noted the file. | 1.00 | $200.00 | $200.00 |
| 6/04/2010 | WHB | Received and reviewed creditor proof of claim: Tax 100 Partnership. $815.26 | 0.10 | $200.00 | $20.00 |
| 6/08/2010 | WHB | Drafted, scanned, and filed initial fee application. | 1.00 | $200.00 | $200.00 |
| | | | | Total Fees | $2,804.00 |

## Expenses

| Start Date | Description | Charges |
|---|---|---|
| 3/12/2010 | Copy of petition. | $20.40 |
| 3/18/2010 | Postage for plan. | $22.88 |
| 3/18/2010 | Copies for plan. | $46.80 |
| 3/18/2010 | Postage for suggestions of bankruptcy. | $0.44 |
| 3/23/2010 | Copy of letter. | $0.30 |
| 3/23/2010 | Postage for letter. | $0.44 |
| 6/08/2010 | Copies of fee application. | $55.80 |
| 6/08/2010 | Postage for fee application. | $27.28 |
| | Total Expenses | $174.34 |

Turco & Associates

Total New Charges $2,978.34

## Staff Summary

| Name | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Cindy M Chenier | 0.20 | $80.00 | $16.00 |
| Jan A Nedell | 0.40 | $80.00 | $32.00 |
| Sanchali A Patil | 8.20 | $80.00 | $656.00 |
| Wesley H Bain | 1.00 | $0.00 | $0.00 |
| Wesley H Bain | 10.50 | $200.00 | $2,100.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO: 10-80713 |
| ) | |
| Mark & Karil Whetstone ) | CHAPTER 13 |
| , ) | |
| ) | |
| Debtor(s). ) | |

### NOTICE OF FILING
### CHAPTER 13 FEE APPLICATION
### AND NOTICE OF TIME FOR FILING RESISTANCES/OBJECTIONS

TO: All Creditors and Interested Parties:

You are hereby notified that the Debtor(s) herein has (have) filed a CHAPTER 13 FEE APPLICATION                ,a copy of which is attached hereto.

You are further notified that you have until    Tuesday    6/29/2010    to file an objection to the above referenced Motions/Applications with the Clerk of the Bankruptcy Court, **111 South 18th Plz., Ste 1125, Omaha, Nebraska, 68102-1321**        , and to serve a copy of said Objection upon the undersigned Attorney. If no objections are filed, then the Motions/Applications shall be approved without further hearing. If a timely resistance or request for hearing is filed and served, the Clerk of the Bankruptcy Court will schedule a hearing upon the resistance with not less than eleven (11) days notice. All hearings shall be held in the 111 South 18th Plz., Ste 1125, Omaha, Nebraska, 68102-1321.

All objections/resistances shall set forth the specific factual and legal basis for the objection/resistance and conclude with the particular request for relief. If an objection/resistance is filed without the specific factual and legal basis included, the matter will be submitted to the Judge without a hearing.

Dated:    6/8/2010

Mark & Karil Whetstone

Debtor(s)

By: /s/ *Wesley H. Bain, Jr.*
Wesley H. Bain, Jr. #23620
John T. Turco & Associates
2580 South 90th Street
Omaha, Nebraska 68124-2050
Voice (402) 933-8600
Fax: (402) 934-2848

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO: 10-80713 |
| | ) | |
| Mark & Karil Whetstone | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached documents:

1)                  CHAPTER 13 FEE APPLICATION
2)                  NOTICE OF FILING
                    SUPPLEMENTAL CHAPTER 13 FEE APPLICATION
                    AND NOTICE OF TIME FOR FILING RESISTANCES/OBJECTIONS

was mailed via U.S. Mail, postage prepaid, on      6/8/2010     , to all creditors and parties in interest listed on Exhibit "A" attached hereto.

*/s/ Wesley H. Bain, Jr.*
Wesley H. Bain, Jr. #23620
John T. Turco & Associates
2580 South 90th Street
Omaha, Nebraska 68124
Voice: (402) 933-8600
Fax:   (402) 934-2848
Attorney for Debtor(s)

| | | |
|---|---|---|
| Accounts Receivable Mg<br>155 Mid Atlantic Parkway<br>Thorofare, NJ 08086 | AFNI, Inc.<br>404 Brock Drive<br>PO Box 3427<br>Bloomington, IL 61702-3427 | Alegent Health<br>Midlands Community Hospital<br>6520 Sorensen Parkway<br>Omaha, NE 68152-2138 |
| Anesthesia West, PC<br>7822 Davenport Street<br>Omaha, NE 68114-3629 | Asset Management Professionals, LLC<br>P.O. Box 2824<br>Woodstock, GA 30188 | AT T Wireless<br>P O Box 8220<br>Aurora, IL 60572-8220 |
| Atlantic Crd<br>P O Box 13386<br>Roanoke, VA 24033 | Beneficial/HSBC<br>PO Box 5263<br>Carol Stream, IL 60197 | Capital Management Services, LP<br>726 Exchange Street, Suite 700<br>Buffalo, NY 14210 |
| Carlos A Monzon<br>1111 Lincoln Mall, Suite 300<br>Lincoln, NE 68508 | Central Credit Flagsta<br>8433 N Black Canyon Hwy<br>Phoenix, AZ 85021 | Christopher K Loftus<br>6681 Country Club Dr.<br>Minneapolis, MN 55427 |
| Creighton Medical Associates<br>PO Box 30063<br>Omaha, NE 68103 | Critical Care Associates<br>900 S. 74th Plaza, Ste. 108<br>Omaha, NE 68114 | Dennis P. Lee, Attorney<br>PO Box 45947<br>Omaha, NE 68145 |
| Douglas County Attorney<br>428 Hall of Justice<br>Omaha, NE 68183 | Douglas County Treasurer<br>HO3 Civic Center<br>1819 Farnam Street<br>Omaha, NE 68183-0003 | Empi, Inc<br>P.O. Box 71519<br>Chicago, IL 60694-1519 |
| FCNB<br>Master Trust<br>1620 Dodge St. Stop Code 3105<br>Omaha, NE 68197 | FCNB/MASTERTRUST<br>PO BOX 34 12<br>Omaha, NE 68197 | First Financial Portfolio Mgmt Inc.<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 |
| General Service Bureau, Inc.<br>8429 Blondo Street<br>Omaha, NE 68134-6200 | Goldner Cooper Cotton Sundell Frankel<br>8901 West Dodge Rd Ste 210<br>Omaha, NE 68114 | H R Accounts Inc<br>Po Box 672<br>Moline, IL 61265 |
| H R Accounts, Inc.<br>PO Box 672<br>Moline, IL 61266 | Hauge Associates, Inc.<br>PO Box 88610<br>2320 W. 49th Street<br>Sioux Falls, SD 57105 | Hsbc/rs<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Marguerite Whetstone<br>17475 Frances Street, Apt 1029<br>Omaha, NE 68130-2387 | Mark Karil Whetstone<br>9105 Nina Street<br>Omaha, NE 68124 |

| | | |
|---|---|---|
| MARK MILONE, MD, PC<br>PO Box 4892<br>Omaha, NE 68104-3492 | Medco Health Solutions, Inc.<br>5701 East Hillsborough Ave. Ste 1300<br>Tampa, FL 33610 | Medicredit Corp<br>3620 I 70 Dr Se Ste C<br>Columbia, MO 65201 |
| Merchant Credit Adjusters, Inc.<br>17055 Frances St, Ste 100<br>Omaha, NE 68130 | Merchants Credit Adjst<br>17055 Frances St, Ste 100<br>Omaha, NE 68130 | Methodist Physicians Clinic<br>PO Box 3755<br>Omaha, NE 68103 |
| MIDWEST GASTROINTESTINAL ASSOC.PC<br>8021 CASS STREET<br>Omaha, NE 68114-3525 | Midwest Pulmonary Critical Care<br>PO Box 31565<br>Omaha, NE 68132 | Nebraska Cardiac Care PC<br>PO Box 24223<br>Omaha, NE 68124-0223 |
| Nebraska Heart Institute PC<br>Attn: Financial Resources Advisor<br>PO Box 82585<br>Lincoln, NE 68501-2585 | Omaha Fcu<br>3001 S 82nd Ave<br>Omaha, NE 68124 | Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104 |
| Penn Credit Corporation<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Pinnacle Financial Gro<br>7825 Washington Ave S St<br>Minneapolis, MN 55439 | PRA Funding, LLC<br>aka Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541 |
| Professional Anesthesia Services LLP<br>PO Box 2179<br>Omaha, NE 68103-2179 | Professional Choice Recovery, Inc.<br>P.O. Box 5234<br>Lincoln, NE 68505-0234 | QVC<br>Studio Park<br>West Chester, PA 19380-4262 |
| Radiology Consultants, PC<br>PO Box 4460<br>Omaha, NE 68104-0460 | Recovery Management Systems Corp<br>25 S.E. 2nd Ave., Ste. 1120<br>Miami, FL 33131-1605 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 |
| Roundup Funding LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Tax 100 Partnership<br>PO box 56<br>Red Oak, IA 51566 | The Affiliated Group I<br>3055 41st St Nw St<br>Rochester, MN 55903 |
| The Bridge System<br>Division of Hauge Associates, Inc.<br>1200 Valley West Dr.<br>West Des Moines, IA 50266-1902 | The Nebraska Medical Center<br>Patient Financial Services<br>988140 Nebraska Medical Center<br>Omaha, NE 68198-8140 | The Urology Center<br>111 South 90th Street<br>Omaha, NE 68114 |
| WElls Fargo Bank, N.A.<br>Bankruptcy Department<br>3476 Stateview Blvd.<br>X7801-014<br>Fort Mill, SC 29715 | Wells Fargo Hm Mortgag<br>405 Sw 5th St<br>Des Moines, IA 50309 | West Asset Management<br>2253 Nothwest Parkway<br>Marietta, GA 30067 |

William T Holmes-Kozeny McCubbin
12400 Olive Blvd. Ste. 555
Saint Louis, MO 63141

Worldwide Asset Purchasing II, LLC
MS 550
PO box 91121
Seattle, WA 98111-9221