# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   MARK J. WHETSTONE
        KARIL A. WHETSTONE
        DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  058
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437        or by fax at: 866.554.4057

Account No.:   1329215

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:               102.91

Classified as:         Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

# United States Bankruptcy Court

For The

District of Nebraska

IN RE:   MARK J. WHETSTONE
         KARIL A. WHETSTONE
         DEBTOR(S)

CASE NUMBER   10-80713-TJM
CLAIM NUMBER  057
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1343304

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                              287.97

Classified as:                       Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258344-460109

# United States Bankruptcy Court

For The

District of Nebraska

**IN RE:**  MARK J. WHETSTONE

KARIL A. WHETSTONE

DEBTOR(S)

CASE NUMBER  10-80713-TJM

CLAIM NUMBER  069

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1683868

MERCHANTS CREDIT ADJUSTERS

17055 FRANCES ST STE 100

OMAHA, NE 68130

AMOUNT:                              486.20

Classified as:                     Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin

Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS

17055 FRANCES ST STE 100

OMAHA, NE 68130

0058-1L-EPICXX-00258342-460107

# United States Bankruptcy Court

Page 1 of 1

For The

District of Nebraska

**IN RE:**  MARK J. WHETSTONE
KARIL A. WHETSTONE
DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  068
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  1690266

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                              154.86

Classified as:                    Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin

Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258340-460105

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**  MARK J. WHETSTONE
KARIL A. WHETSTONE
DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  067
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1680029

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                               33.04

Classified as:                    Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258338-460103

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   MARK J. WHETSTONE
           KARIL A. WHETSTONE
           DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  066
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437         or by fax at: 866.554.4057

Account No.:  1603256

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:             90.00

Classified as:       Unsecured

Remarks:

    If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:  07/29/2010

    Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

    Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258336-460101

# United States Bankruptcy Court

Page 1 of 1

For The

District of Nebraska

**IN RE:**  MARK J. WHETSTONE

KARIL A. WHETSTONE

DEBTOR(S)

CASE NUMBER  10-80713-TJM

CLAIM NUMBER  065

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1282540

MERCHANTS CREDIT ADJUSTERS

17055 FRANCES ST STE 100

OMAHA, NE 68130

AMOUNT:                      225.98

Classified as:               Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
_____

Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS

17055 FRANCES ST STE 100

OMAHA, NE 68130

0058-1L-EPICXX-00258334-460099

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**  MARK J. WHETSTONE
KARIL A. WHETSTONE
DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  064
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437            or by fax at: 866.554.4057

Account No.:   1681584

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                            161.74

Classified as:                      Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258332-460097

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  MARK J. WHETSTONE
        KARIL A. WHETSTONE
        DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  063
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:    13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437              or by fax at: 866.554.4057

Account No.:    1408321

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                          21.18

Classified as:                Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:    07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258330-460095

# United States Bankruptcy Court

For The

District of Nebraska

IN RE:    MARK J. WHETSTONE
          KARIL A. WHETSTONE
             DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  040
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437        or by fax at: 866.554.4057

                Account No.:   1681587

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                26.74

Classified as:         Unsecured

Remarks:

    If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

    Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

    Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                    s/ Kathleen A. Laughlin
                    Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258328-460093

# United States Bankruptcy Court

For The

District of Nebraska

IN RE:   MARK J. WHETSTONE
         KARIL A. WHETSTONE
         DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  024
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1720274

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                          49.32

Classified as:                  Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258326-460091

# United States Bankruptcy Court

For The

District of Nebraska

IN RE:   MARK J. WHETSTONE                                    CASE NUMBER   10-80713-TJM
KARIL A. WHETSTONE                                   CLAIM NUMBER   017
DEBTOR(S)                                            (CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim
and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the
portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should
contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437           or by fax at: 866.554.4057

Account No.:   1721813

MERCHANTS CREDIT ADJUSTERS                AMOUNT:                          37.85
17055 FRANCES ST STE 100
OMAHA, NE 68130                           Classified as:                   Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the
reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is
correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only
from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-
secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of
pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named
above at the address listed.

s/ Kathleen A. Laughlin
_____
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258324-460089

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:    MARK J. WHETSTONE                                  CASE NUMBER   10-80713-TJM
              KARIL A. WHETSTONE                                CLAIM NUMBER  012
              DEBTOR(S)                                                     (CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437              or by fax at: 866.554.4057

Account No.:   1602855

MERCHANTS CREDIT ADJUSTERS              AMOUNT:                              25.52
17055 FRANCES ST STE 100
OMAHA, NE 68130                          Classified as:                  Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
_____
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258322-460087

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  MARK J. WHETSTONE                                    CASE NUMBER   10-80713-TJM
KARIL A. WHETSTONE                                           CLAIM NUMBER  003
DEBTOR(S)                                                    (CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437              or by fax at: 866.554.4057

Account No.:  1549096

MERCHANTS CREDIT ADJUSTERS                   AMOUNT:                          90.14
17055 FRANCES ST STE 100
OMAHA, NE 68130                              Classified as:                   Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
_____
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:    MARK J. WHETSTONE
          KARIL A. WHETSTONE
          DEBTOR(S)

CASE NUMBER   10-80713-TJM
CLAIM NUMBER  037
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:    13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1757754

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                          37.68

Classified as:                   Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  MARK J. WHETSTONE                                CASE NUMBER  10-80713-TJM
KARIL A. WHETSTONE                                CLAIM NUMBER  061
DEBTOR(S)                                (CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1683932

MERCHANTS CREDIT ADJUSTERS           AMOUNT:                        837.96
17055 FRANCES ST STE 100
OMAHA, NE 68130                      Classified as:                 Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258356-460121

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**  MARK J. WHETSTONE
KARIL A. WHETSTONE
DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  062
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1500845

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                            202.70

Classified as:                    Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258318-460083

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**   MARK J. WHETSTONE                                              CASE NUMBER   10-80713-TJM
KARIL A. WHETSTONE                                          CLAIM NUMBER   031
DEBTOR(S)                                                   (CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437                    or by fax at: 866.554.4057

Account No.:  1796495

MERCHANTS CREDIT ADJUSTERS                     AMOUNT:                          41.25
17055 FRANCES ST STE 100
OMAHA, NE 68130                                Classified as:                   Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258312-460077

# United States Bankruptcy Court

Page 19 of 23

For The

District of Nebraska

IN RE:  MARK J. WHETSTONE

KARIL A. WHETSTONE

DEBTOR(S)

CASE NUMBER  10-80713-TJM

CLAIM NUMBER  027

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:  13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  1360833

MERCHANTS CREDIT ADJUSTERS

17055 FRANCES ST STE 100

OMAHA, NE 68130

AMOUNT:                                6.13

Classified as:                    Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin

Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS

17055 FRANCES ST STE 100

OMAHA, NE 68130

0058-1L-EPICXX-00258314-460079

# United States Bankruptcy Court

For The

District of Nebraska

IN RE:   MARK J. WHETSTONE
         KARIL A. WHETSTONE
         DEBTOR(S)

CASE NUMBER   10-80713-TJM
CLAIM NUMBER  028
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   9112

METHODIST PHYSICIANS CLINIC
PO BOX 3755
OMAHA, NE 68103

AMOUNT:                        239.67

Classified as:                Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
_____
Kathleen A. Laughlin

METHODIST PHYSICIANS CLINIC
PO BOX 3755
OMAHA, NE 68103

0058-1L-EPICXX-00258316-460081

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**  MARK J. WHETSTONE
KARIL A. WHETSTONE
DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  030
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

  A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

  If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

  If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  1368925

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                       209.51

Classified as:                Unsecured

Remarks:

  If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

  Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

  Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258352-460117

# United States Bankruptcy Court

Page 22 of 23

For The

District of Nebraska

IN RE:   MARK J. WHETSTONE
         KARIL A. WHETSTONE
                DEBTOR(S)

CASE NUMBER   10-80713-TJM
CLAIM NUMBER  060
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437            or by fax at: 866.554.4057

Account No.:   1626800

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                          289.86

Classified as:                   Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
_____
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00258350-460115

# United States Bankruptcy Court

Page 1 of 1

For The
District of Nebraska

IN RE:   MARK J. WHETSTONE
         KARIL A. WHETSTONE
         DEBTOR(S)

CASE NUMBER   10-80713-TJM
CLAIM NUMBER  059
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:   1632182

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT:                          10.00

Classified as:                Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   07/29/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 06/29/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130