# United States Bankruptcy Court

For The
District of Nebraska

IN RE:  MARK J. WHETSTONE  
KARIL A. WHETSTONE  
DEBTOR(S)

CASE NUMBER  10-80713-TJM  
CLAIM NUMBER  070  
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  3101

WORLDWIDE ASSET PURCHASING II, LLC  
C/O B-LINE, LLC  
MS 550, PO BOX 91121  
SEATTLE, WA 98111-9221

AMOUNT:                                2,571.99  
Classified as:                        Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin  
Kathleen A. Laughlin

WORLDWIDE ASSET PURCHASING II, LLC  
C/O B-LINE, LLC  
MS 550, PO BOX 91121  
SEATTLE, WA 98111-9221

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   MARK J. WHETSTONE
KARIL A. WHETSTONE
DEBTOR(S)

CASE NUMBER  10-80713-TJM
CLAIM NUMBER  021
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304

or by phone at:  402.697.0437          or by fax at: 866.554.4057

Account No.:  2018

PORTFOLIO RECOVERY ASSOCIATES
PO BOX  41067
NORFOLK, VA 23541

AMOUNT:                6,620.97
Classified as:          Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

PORTFOLIO RECOVERY ASSOCIATES
PO BOX  41067
NORFOLK, VA 23541

# United States Bankruptcy Court
For The
District of Nebraska

| | |
|---|---|
| IN RE: MARK J. WHETSTONE<br>KARIL A. WHETSTONE<br>DEBTOR(S) | CASE NUMBER   10-80713-TJM<br>CLAIM NUMBER   071<br>(CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
## THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
## AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at:   13930 Gold Circle, Suite 201 Omaha, NE  68144-2304
or by phone at:  402.697.0437            or by fax at: 866.554.4057

Account No.:

| | |
|---|---|
| TAX 100 PARTNERSHIP<br>PO BOX 56<br>RED OAK, IA 51566 | AMOUNT:                    815.26<br>Classified as:              Priority |

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by:   08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

TAX 100 PARTNERSHIP
PO BOX 56
RED OAK, IA 51566