UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA
Omaha Division

In Re

**Mark J. Whetstone and
Karil A. Whetstone,**

        Debtor(s).

**Wells Fargo Bank, National Association,**
its successors and assigns,

        Creditor,

Case No. **10-80713**

Chapter **13**

**MOTION FOR SUBSTITUTION OF COUNSEL**

Kozeny & McCubbin
12400 Olive Blvd., Suite 555
St. Louis, MO  63141
(314) 991-0255
nebk@km-law.com

## MOTION FOR SUBSTITUTION OF COUNSEL

COME NOW William T. Holmes II and Jonathon B. Burford of Kozeny & McCubbin, L.C. ("Movants") and file their motion for substitution of counsel ("Motion") for the creditor in the above-captioned case.

WHERFORE, Movants request that the Court grant their Motion and enter an order substituting Jonathon B. Burford in place of William T. Holmes II as the attorney of record for the Creditor in the above-captioned case.

        Respectfully submitted,

/s/ William T. Holmes II
William T. Holmes II, #59759
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 991-6755
nebk@km-law.com

/s/ Jonathon B. Burford
Jonathon B. Burford #59337
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 991-6755
nebk@km-law.com