# United States Bankruptcy Court

For The

District of Nebraska

**IN RE:**

| | | |
|---|---|---|
| MARK J. WHETSTONE | KARIL A. WHETSTONE | CASE No. 10-80713-TJM |
| 9105 NINA STREET | 9105 NINA STREET | |
| OMAHA, NE 68124 | OMAHA, NE 68124 | SS #1 XXX-XX-0844 |
| | | SS #2 XXX-XX-9112 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | ACCOUNTS RECEIVABLE / 155 MID ATLANTIC PKWY THOROFARE, NJ 8086 -0 | None | | Not Filed |
| 002 | AFNI, INC / 404 BROCK DRIVE PO BOX 3427 / BLOOMINGTON, IL 61702-3427 | None | | Not Filed |
| 003 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 90.14 | | Unsecured |
| 004 | ANESTHESIA WEST / 7822 DAVENPORT ST OMAHA, NE 68114-3629 | None | | Not Filed |
| 005 | ASSET MANAGEMENT PROFESSIONALS LLC / PO BOX 2824 WOODSTOCK, GA 30188-1386 | None | | Not Filed |
| 006 | ATLANTIC CARD / PO BOX 13386 ROANOKE, VA 24033 | None | | Not Filed |
| 007 | CAPITAL MANAGEMENT SVCS / 726 EXCHANGE ST STE 700 / BUFFALO, NY 14210-1464 | None | | Not Filed |
| 008 | CARLOS A MONZON / 1111 LINCOLN MALL STE 300 / LINCOLN, NE 68508 | None | | Not Filed |
| 009 | CENTRAL CREDIT FLAGSTAR / 8433 N BLACK CANYON HWY PHOENIX, AZ 85021 | None | | Not Filed |
| 010 | CHRISTOPHER K LOFTUS / 6681 COUNTRY CLUB DR MINNEAPOLIS, MN 55427 | None | | Not Filed |
| 011 | CREIGHTON MEDICAL ASSOC / PO BOX 30063 OMAHA, NE 68103-0 | None | | Not Filed |
| 012 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 25.52 | | Unsecured |
| 013 | DENNIS P LEE ATTY / PO BOX 45947 OMAHA, NE 68154-0947 | None | | Not Filed |
| 014 | EMPI, INC / PO BOX 71519 CHICAGO, IL 60694-1519 | None | | Not Filed |
| 015 | FCNB MASTERTRUST / 1620 DODGE STREET STOP CODE 3105 / OMAHA, NE 68197 | 701.75 | | Unsecured |

0058-1L-EPIBXX-00278370-490933

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**

| | | |
|---|---|---|
| MARK J. WHETSTONE | KARIL A. WHETSTONE | CASE No. 10-80713-TJM |
| 9105 NINA STREET | 9105 NINA STREET | SS #1 XXX-XX-0844 |
| OMAHA, NE 68124 | OMAHA, NE 68124 | SS #2 XXX-XX-9112 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 016 | GENERAL SERVICE BUREAU / 8429 BLONDO ST<br>OMAHA, NE 68134-6200 | None | | Not Filed |
| 017 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 37.85 | | Unsecured |
| 018 | H & R ACCOUNTS, INC / PO BOX 672<br>MOLINE, IL 61265 | None | | Not Filed |
| 019 | HAUGE ASSOCIATES, INC / PO BOX 88610<br>2320 W 49TH STREET / SIOUX FALLS, SD 57109-8610 | None | | Not Filed |
| 020 | HSBC / PO BOX 5263<br>CAROL STREAM, IL 60197 | None | | Not Filed |
| 021 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX  41067<br>NORFOLK, VA 23541 | 6,620.97 | | Unsecured |
| 022 | INTERNAL REVENUE SERVICE / INSOLVENCY<br>PO BOX 21126 / PHILADELPHIA, PA 19114 | None | | Not Filed |
| 023 | MARGUERITE WHETSTONE / 17475 FRANCES ST, APT 1029<br>OMAHA, NE 68130-2387 | 1,876.99 | | Unsecured |
| 024 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 49.32 | | Unsecured |
| 025 | MEDCO HEALTH SOLUTIONS / 5701 E HILLSBOROUGH AVE<br>SUITE 1300 / TAMPA, FL 33610-0 | None | | Not Filed |
| 026 | MEDICREDIT CORP / 3620  I 70 DRIVE SE<br>STE C / COLUMBIA, MO 65201 | None | | Not Filed |
| 027 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 6.13 | | Unsecured |
| 028 | METHODIST PHYSICIANS CLINIC / PO BOX 3755<br>OMAHA, NE 68103 | 239.67 | | Unsecured |
| 029 | MIDWEST GASTROINTESTINAL ASSOCIATES / 8021 CASS<br>OMAHA, NE 68114-3525 | None | | Not Filed |
| 030 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 209.51 | | Unsecured |

# United States Bankruptcy Court
For The
District of Nebraska

**IN RE:**

| | | |
|---|---|---|
| MARK J. WHETSTONE | KARIL A. WHETSTONE | CASE No. 10-80713-TJM |
| 9105 NINA STREET | 9105 NINA STREET | SS #1 XXX-XX-0844 |
| OMAHA, NE 68124 | OMAHA, NE 68124 | SS #2 XXX-XX-9112 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 031 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 41.25 | | Unsecured |
| 032 | NEBRASKA HEART INSTITUTE / PO BOX 82585 LINCOLN, NE 68501-2585 | None | | Not Filed |
| 033 | OMAHA FCU / 3001 S 82ND AVENUE OMAHA, NE 68124 | None | | Not Filed |
| 034 | PENN CREDIT CORP / 916 S 14TH ST PO BOX 988 / HARRISBURG, PA 17108-988 | None | | Not Filed |
| 035 | PENN CREDIT CORPORATION / PO BOX 988 HARRISBURG, PA 17108-988 | None | | Not Filed |
| 036 | PINNACLE FINANCIAL / 7825 WASHINGTON AVE SO SUITE 410 / MINNEAPOLIS, MN 55439-0 | None | | Not Filed |
| 037 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 37.68 | | Unsecured |
| 038 | PROFESSIONAL CHOICE RECOVERY / PO BOX 5234 LINCOLN, NE 68505-0234 | None | | Not Filed |
| 039 | QVC / STUDIO PARK WEST CHESTER, PA 19380-0 | None | | Not Filed |
| 040 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 26.74 | | Unsecured |
| 041 | RJM ACQUISITIONS FUNDING LLC / 575 UNDERHILL BLVD, STE 224 SYOSSET, NY 11791-3416 | 70.15 | | Unsecured |
| 042 | RJM ACQUISITIONS FUNDING LLC / 575 UNDERHILL BLVD, STE 224 SYOSSET, NY 11791-3416 | 88.53 | | Unsecured |
| 043 | THE AFFILIATED GROUP / 3055 41ST NW #100 ROCHESTER, MN 55901 | None | | Not Filed |
| 044 | THE BRIDGE SYSTEM / DIVISION OF HAUGE ASSOCIATES INC 1200 VALLEY WEST DR / WEST DES MOINES, IA 50266-1902 | None | | Not Filed |
| 045 | THE NEBRASKA MEDICAL CENTER / PATIENT FINANCIAL SERVICES 988140 NEBRASKA MEDICAL CENTER / OMAHA, NE 68198-8140 | None | | Not Filed |

0058-1L-EPIBXX-00278370-490933

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**

| | | |
|---|---|---|
| MARK J. WHETSTONE | KARIL A. WHETSTONE | CASE No. 10-80713-TJM |
| 9105 NINA STREET | 9105 NINA STREET | SS #1 XXX-XX-0844 |
| OMAHA, NE 68124 | OMAHA, NE 68124 | SS #2 XXX-XX-9112 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 046 | THE UROLOGY CENTER / 111 S 90TH ST<br>OMAHA, NE 68124-0 | None | | Not Filed |
| 047 | WELLS FARGO HOME MORTGAGE / BANKRUPTCY MAIL MAC#X7801-01<br>3476 STATEVIEW BLVD / FT MILL, SC 29715 | 119,919.21 | | DirectPay |
| 048 | WELLS FARGO HOME MORTGAGE / BANKRUPTCY MAIL MAC#X7801-01<br>3476 STATEVIEW BLVD / FT MILL, SC 29715 | 2,243.00<br>5.2500% | | Secured |
| 049 | WEST ASSET MANAGEMENT / 2253 NORTHWEST PARKWAY<br>MARIETTA, GA 30067 | None | | Not Filed |
| 050 | RJM ACQUISITIONS FUNDING LLC / 575 UNDERHILL BLVD, STE 224<br>SYOSSET, NY 11791-3416 | 81.96 | | Unsecured |
| 051 | RJM ACQUISITIONS FUNDING LLC / 575 UNDERHILL BLVD, STE 224<br>SYOSSET, NY 11791-3416 | 18.29 | | Unsecured |
| 052 | RJM ACQUISITIONS FUNDING LLC / 575 UNDERHILL BLVD, STE 224<br>SYOSSET, NY 11791-3416 | 81.47 | | Unsecured |
| 053 | RJM ACQUISITIONS FUNDING LLC / 575 UNDERHILL BLVD, STE 224<br>SYOSSET, NY 11791-3416 | 60.01 | | Unsecured |
| 054 | JEFFERSON CAPITAL SYSTEM / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 1,807.20 | | Unsecured |
| 055 | THE NEBRASKA MEDICAL CENTER / PATIENT FINANCIAL SERVICES<br>988140 NEBRASKA MEDICAL CENTER / OMAHA, NE 68198-8140 | 32.00 | | Unsecured |
| 056 | ROUNDUP FUNDING LLC / MS 550, PO BOX 91121<br>SEATTLE, WA 98111-9221 | 414.21 | | Unsecured |
| 057 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 287.97 | | Unsecured |
| 058 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 102.91 | | Unsecured |
| 059 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 10.00 | | Unsecured |
| 060 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100<br>OMAHA, NE 68130 | 289.86 | | Unsecured |

0058-1L-EPIBXX-00278370-490933

# United States Bankruptcy Court

Page 5 of 6

For The

District of Nebraska

**IN RE:**

CASE No. 10-80713-TJM

| MARK J. WHETSTONE | KARIL A. WHETSTONE |
|---|---|
| 9105 NINA STREET | 9105 NINA STREET |
| OMAHA, NE 68124 | OMAHA, NE 68124 |

SS #1 XXX-XX-0844

SS #2 XXX-XX-9112

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 061 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 837.96 | | Unsecured |
| 062 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 202.70 | | Unsecured |
| 063 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 21.18 | | Unsecured |
| 064 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 161.74 | | Unsecured |
| 065 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 225.98 | | Unsecured |
| 066 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 90.00 | | Unsecured |
| 067 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 33.04 | | Unsecured |
| 068 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 154.86 | | Unsecured |
| 069 | MERCHANTS CREDIT ADJUSTERS / 17055 FRANCES ST STE 100 OMAHA, NE 68130 | 486.20 | | Unsecured |
| 070 | WORLDWIDE ASSET PURCHASING II, LLC / C/O B-LINE, LLC MS 550, PO BOX 91121 / SEATTLE, WA 98111-9221 | 2,571.99 | | Unsecured |

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:**

MARK J. WHETSTONE
9105 NINA STREET
OMAHA, NE 68124

KARIL A. WHETSTONE
9105 NINA STREET
OMAHA, NE 68124

CASE No. 10-80713-TJM

SS #1 XXX-XX-0844
SS #2 XXX-XX-9112

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 071 | TAX 100 PARTNERSHIP / PO BOX 56<br>RED OAK, IA 51566 | 815.26 | | Priority |

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted below the principal amount of the claim. Oversecured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of it.

WESLEY H BAIN
2580 S 90TH ST
OMAHA, NE 68124

| | |
|---|---|
| Claims Paid Through Plan | 21,151.99 |
| Claims Paid Direct | 119,919.21 |
| Total For This Case | 141,071.20 |
| 2,978.34 | Debtor's Attorney |

## NOTICE CONCERNING CLAIMS

At _____ OMAHA _____ NE _____ on _____ 09/22/2010

Pursuant to 11 U.S.C. 502 (a) and Nebraska Rule of Bankruptcy Procedure 3007-1(C)(1), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor(s) or other party in interest.

Within thirty (30) days from the date of this notice, debtor(s) shall examine the proofs of claim and file a timely written objection to any claim which may be improper. The absence of a written objection will be deemed an approval by the debtor(s) of the claims as recited above.

The Trustee hereby certifies that a true and correct copy of the Trustee's Notice Concerning Claims was served on the debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed by first class, U.S. Mail, postage prepaid to the Debtor(s) at the address listed above.

Kathleen A. Laughlin
Chapter 13 Trustee