NtcDtEd (11/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

    Mark J. Whetstone and Karil A. Whetstone

    Debtor(s)

Bankruptcy Proceeding No.  10–80713–TJM
Chapter  13

Judge:  Timothy J. Mahoney

## NOTICE OF REQUIREMENT FOR FINANCIAL MANAGEMENT COURSE

    As of this date, a debtor's statement of completion of a course concerning personal financial management as required by 11 U.S.C. § 727(a)(11) and Bankruptcy Rule 1007(b)(7) has **not** been filed.

According to Rule 1007(c), time limits for filing statements are as follows:

- In a chapter 7 case, the debtor shall file the statement within 45 days after the first date set for the meeting of creditors under § 341 of the Code.
- In a chapter 13 case, no later than the date when the last payment was made by the debtor as required by the plan or filing of a motion for hardship discharge under § 1328(b).

    THIS IS NOTICE that the case will be closed without entry of a discharge unless the statement is filed within the applicable time limit under Rule 1007(c) as explained above.

    Dated:  11/16/10

    Diane Zech
    Clerk, U.S. Bankruptcy Court

Copy mailed to debtor:

Mark J. Whetstone
9105 Nina Street
Omaha, NE 68124

Karil A. Whetstone
9105 Nina Street
Omaha, NE 68124

# CERTIFICATE OF NOTICE

```
District/off: 0867-8           User: admin                 Page 1 of 1                    Date Rcvd: Nov 16, 2010
Case: 10-80713                 Form ID: NTCDTED            Total Noticed: 1

The following entities were noticed by first class mail on Nov 18, 2010.
db/jdb       +Mark J. Whetstone,    Karil A. Whetstone,    9105 Nina Street,    Omaha, NE 68124-3824
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2010**                               **Signature:** *Joseph Speetjens*