B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## MAIN DISTRICT OF NEBRASKA

In re  MARK J WHETSTONE                                    Case No. 10-80713

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC | Worldwide Asset Purchasing II, LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:

Quantum3 Group LLC
Worldwide Asset Purchasing II LLC
PO Box 788
Kirkland, WA 98083-0788
Phone:  (425) 242-7100

Last Four Digits of Acct #:**4830**

Name and Address where transferee payments should be sent (if different from above):

Phone:

Court Claim # (if known): **15**
Amount of Claim:**$2,571.99**
Date Claim Filed: **5/25/2010**

Phone:

Last Four Digits of Acct #: **4830**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Dharminder S. Sandhu                              Date: **11/17/2011**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.