United States Bankruptcy Court
District of Nebraska

In re:
Mark J. Whetstone
Karil A. Whetstone
    Debtors

Case No. 10-80713-TJM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0867-8    User: jarmstron    Page 1 of 2    Date Rcvd: Nov 23, 2011
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3428491      E-mail/PDF: BNCEmails@blinellc.com Nov 24 2011 00:07:21    Worldwide Asset Purchasing II, LLC,
       MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2011**                            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0867-8           User: jarmstron            Page 2 of 2                    Date Rcvd: Nov 23, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2011 at the address(es) listed below:

        Jonathon B. Burford    on behalf of Creditor   Wells Fargo Bank, National Association nebk@km-law.com
        Kathleen Laughlin    ecfclerk@ne13trustee.com,   klaughlin13@ecf.epiqsystems.com
        Patricia  Fahey    ustpregion13.om.ecf@usdoj.gov
        Wesley H. Bain    on behalf of Debtor Mark Whetstone wbain@johnturcolaw.com, Bain_Law@yahoo.com;erads@jtlo.omhcoxmail.com

        TOTAL: 4

**210B (12/09**)

# United States Bankruptcy Court

District of Nebraska
Case No. 10-80713-TJM
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark J. Whetstone<br>9105 Nina Street<br>Omaha NE 68124 | Karil A. Whetstone<br>9105 Nina Street<br>Omaha NE 68124 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2011.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: Worldwide Asset Purchasing II, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 | Quantum3 Group LLC as agent for<br>Worldwide Asset Purchasing II LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/25/11

Diane Zech
**CLERK OF THE COURT**