UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA
Omaha Division

In Re

**Mark J. Whetstone and
Karil A. Whetstone,**

  Debtors

**Wells Fargo Home Mortgage as
servicer for Wells Fargo Bank,
National Association,**

  Movant.

Case No: **10-80713**

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICE**

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
nebk@km-law.com

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

  COMES NOW Jonathon B. Burford, of Kozeny & McCubbin, L.C.,

Attorneys at Law, and hereby enters his appearance on behalf of the Movant,

Wells Fargo Home Mortgage as servicer for Wells Fargo Bank, National

Association, in the above styled cause of action and requests notice of all filings.

     Respectfully submitted,

     ___/s/  Jonathon B. Burford_____
     Jonathon B. Burford, #59337
     Jeffrey Spector, #63262
     Attorneys for Movant
     12400 Olive Blvd., Suite 555
     St. Louis, MO 63141
     Phone: (314) 991-0255
     Fax: (314) 567-8019
     nebk@km-law.com

  I certify that a true copy of the Above Pleading was served either

electronically or via first class mail on January 20, 2012, upon the following



parties:

Mark J. Whetstone and
Karil A. Whetstone
Debtors
9105 Nina Street
Omaha, NE 68124

Wesley H. Bain, Jr.
Attorney for Debtors
2580 90th St.
Omaha, NE 68124

Kathleen Laughlin
Trustee
13930 Gold Circle, Suite 201
Omaha, NE 68144

Office of the US Trustee
U.S. Trustee
111 South 18th Plaza, Suite 1148
Omaha, NE 68102


 /s/  Shauna Staryak-Pilkinton
Shauna Staryak-Pilkinton

