## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO: 10-80713 |
| MARK J. WHETSTONE, ) | |
| KARIL A. WHETSTONE, ) | CHAPTER 13 |
| ) | |
| Debtor(s). ) | |
| ) | |

### RESISTANCE TO THE MOTION FOR RELIEF FROM THE
### AUTOMATIC STAY FILED BY WELLS FARGO HOME MORTGAGE

COME NOW the Debtors, Mark & Karil Whetstone, by and through their attorney, Wesley H. Bain, and move the Court to overrule the Motion for Relief filed by Wells Fargo Home Mortgage. In support of this resistance, the Debtors state as follows:

1. The Debtors do not dispute that they are behind on their post-petition mortgage payments.

2. The Debtors state that they have experienced some unexpected expenses and due to this they fell behind with their post-petition mortgage payments.

3. The Debtors believe that they will be able to cure their post-petition arrearage over a reasonable period of time.

4. The Debtors are requesting a period of six (6) months in which to become fully current on their post-petition mortgage payments in order to remain in the residence.

5. If at the end of the agreed upon period of time the Debtors are not current on their payments, the Debtors would not object to the Court entering an order granting relief from the automatic stay.

WHEREFORE, the Debtors move the Court to overrule the Motion for Relief from the Automatic Stay filed by Wells Fargo Home Mortgage, and for such other relief as may be proper.

DATED: February 3, 2012

                                      Mark J. Whetstone,
                                      Karil A. Whetstone, Debtors.

                      BY: /s/ Wesley H. Bain
                                    Wesley H. Bain, #23620
                                    2580 South 90th Street
                                    Omaha, Nebraska 68124
                                    (402) 933-8600
                                    Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing document was served upon the Chapter 13 Trustee, US Trustee and Jonathon B. Burford, representative for Wells Fargo Home Mortgage, via ECF, on February 3, 2012.

                                      /s/ Wesley H. Bain