B6B (Official Form 6B) (12/07)

.

In re  **Mark J. Whetstone,**                                     Case No.    __10-80713__
       **Karil A. Whetstone**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Available cash as of 3/12/2010 - none** | J | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First National Bank Checking A/C Number: 5966** | J | 120.46 |
| | | **Debtor states that this is his company's expense account (Union) though it's in his name he is not the owner and that the money from this account is company's (employer's)** | | |
| | | **Balance as of 3/11/2010** | | |
| | | **Great Western Bank** | J | 323.02 |
| | | **Checking Account Number: 9757** | | |
| | | **Balance as of 3/12/2010** | | |
| | | **Great Western Bank** | W | 709.87 |
| | | **Checking Account Number: 5738** | | |
| | | **Balance as of 3/12/2010** | | |
| | | **Omaha Federal Credit Union Savings Account number: 1041** | J | 20.60 |
| | | **Balance as of 3/12/2010** | | |
| | | **Pay Pal account** | J | 3.00 |
| | | **Balance as of 3/12/2010** | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >            1,176.95
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mark J. Whetstone,**                                          Case No. _____**10-80713**_____
         **Karil A. Whetstone**
                                                    ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **All household goods, furniture, appliances and electronics including but not limited to:**<br><br>**Chairs, sofa, coffee table, end tables, lamps, dining room table, chairs, beds, dressers, computers, T.Vs, DVD player, CD player, ipod, stove, refridgerator, dishwasher, microwave oven, toaster, washer & dryer.** | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, CDs, DVDs, collection of figurines, piglets, winnie the pooh, stuffed animals.**<br><br>**Location: 9105 Nina Street, Omaha NE 68124** | J | 200.00 |
| 6. Wearing apparel. | | **All Clothing**<br><br>**Location: 9105 Nina Street, Omaha NE 68124** | J | 500.00 |
| 7. Furs and jewelry. | | **Ring, costume jewelry**<br><br>**Location: 9105 Nina Street, Omaha NE 68124** | J | 50.00 |
| | | **Wedding Rings**<br><br>**Location: 9105 Nina Street, Omaha NE 68124** | J | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Treadmill, exercise bike, eleptical, fishing equipment, tent, campint equipment, camera**<br><br>**Location: 9105 Nina Street, Omaha NE 68124** | J | 350.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance through employer No cash value** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Thrift Savings Plan (US Govt.)**<br><br>**Balance 12/31/2009** | J | 19,487.25 |

Sub-Total >          26,087.25
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mark J. Whetstone,**                                                                   Case No.  __10-80713__
     **Karil A. Whetstone**

                                       Debtors
# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated tax refunds: Federal - $1852 (subject to tax debt) and State - $925** | J | 1,925.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **AMENDED 6/2014**<br><br>**Personal injury claim filed by the Debtor The Debtor suffered a stroke in September 2008. The stroke was a result from the Debtor taking the drug Avandament tablets for DM type II. The Debtor is currently set to receive $2,121.20 but there may be residual funds that become availabe at the conclusion of the settlement fund that may be turned over to the Debtor** | H | 2,121.20 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                          Sub-Total >        **4,046.20**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mark J. Whetstone,**                                                              Case No.    **10-80713**
       **Karil A. Whetstone**

_____,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet Impala Approximate Miles:97,000**<br><br>**Valued per kbb.com, private party, good condition value as of 3/11/2010** | J | 3,615.00 |
| | | **1997 Dodge Intrepid Approximate Miles:130,000**<br><br>**Valued per kbb.com, private party, fair condition value as of 3/11/2010** | J | 575.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Three Pet Dogs**<br><br>**Location: 9105 Nina Street, Omaha NE 68124** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **4,190.00** |
| (Total of this page) | |
| Total > | **35,500.40** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re   **Mark J. Whetstone,**
      **Karil A. Whetstone,**

Case No.    **10-80713**

                                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Debtors' Marital Residence:** **9105 Nina Street, Omaha NE 68124** | Neb. Rev. Stat. §§ 40-101 - 40-118 | 9,425.00 | 127,900.00 |
| **Douglas County Assessor's Report: $127,900.00 Debtors believe the value to be around $120,000.00.** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **First National Bank** **Checking A/C Number: 5966** | Neb. Rev. Stat. § 25-1552 | 120.46 | 120.46 |
| **Debtor states that this is his company's expense account (Union) though it's in his name he is not the owner and that the money from this account is company's (employer's)** | | | |
| **Balance as of 3/11/2010** | | | |
| **Great Western Bank** | Neb. Rev. Stat. § 25-1552 | 323.02 | 323.02 |
| **Checking Account Number: 9757** | | | |
| **Balance as of 3/12/2010** | | | |
| **Great Western Bank** | Neb. Rev. Stat. § 25-1552 | 709.87 | 709.87 |
| **Checking Account Number: 5738** | | | |
| **Balance as of 3/12/2010** | | | |
| **Omaha Federal Credit Union** **Savings Account number: 1041** | Neb. Rev. Stat. § 25-1552 | 20.60 | 20.60 |
| **Balance as of 3/12/2010** | | | |
| **Pay Pal account** | Neb. Rev. Stat. § 25-1552 | 3.00 | 3.00 |
| **Balance as of 3/12/2010** | | | |
| **Household Goods and Furnishings** | | | |
| **All household goods, furniture, appliances and electronics including but not limited to:** | Neb. Rev. Stat. § 25-1556 (3) Neb. Rev. Stat. § 25-1552 | 3,000.00 1,000.00 | 4,000.00 |
| **Chairs, sofa, coffee table, end tables, lamps, dining room table, chairs, beds, dressers, computers, T.Vs, DVD player, CD player, ipod, stove, refridgerator, dishwasher, microwave oven, toaster, washer & dryer.** | | | |

  **2**  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Mark J. Whetstone,**                                                    Case No.    **10-80713**
      **Karil A. Whetstone**
                                                  ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, pictures, CDs, DVDs, collection of figurines, piglets, winnie the pooh, stuffed animals.** | Neb. Rev. Stat. § 25-1552 | 200.00 | 200.00 |
| Location: 9105 Nina Street, Omaha NE 68124 | | | |
| **Wearing Apparel** | | | |
| **All Clothing** | Neb. Rev. Stat. § 25-1556(2) | 500.00 | 500.00 |
| Location: 9105 Nina Street, Omaha NE 68124 | | | |
| **Furs and Jewelry** | | | |
| **Ring, costume jewelry** | Neb. Rev. Stat. § 25-1552 | 50.00 | 50.00 |
| Location: 9105 Nina Street, Omaha NE 68124 | | | |
| Wedding Rings | Neb. Rev. Stat. § 25-1556(1) | 1,500.00 | 1,500.00 |
| Location: 9105 Nina Street, Omaha NE 68124 | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Treadmill, exercise bike, eleptical, fishing equipment, tent, campint equipment, camera** | Neb. Rev. Stat. § 25-1552 | 350.00 | 350.00 |
| Location: 9105 Nina Street, Omaha NE 68124 | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Thrift Savings Plan (US Govt.)** | Neb. Rev. Stat. § 25-1563.01 | 19,487.25 | 19,487.25 |
| **Balance 12/31/2009** | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **AMENDED 6/2014** | Neb. Rev. Stat. § 25-1563.02 | 1,000,000.00 | 2,121.20 |
| **Personal injury claim filed by the Debtor The Debtor suffered a stroke in September 2008. The stroke was a result from the Debtor taking the drug Avandament tablets for DM type II. The Debtor is currently set to receive $2,121.20 but there may be residual funds that become availabe at the conclusion of the settlement fund that may be turned over to the Debtor** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Chevrolet Impala** | Neb. Rev. Stat. § 25-1556(4) | 2,400.00 | 3,615.00 |
| **Approximate Miles:97,000** | Neb. Rev. Stat. § 25-1552 | 1,215.00 | |
| **Valued per kbb.com, private party, good condition value as of 3/11/2010** | | | |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Mark J. Whetstone,**
         **Karil A. Whetstone**
                                                              Case No.    __**10-80713**_____
_____,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1997 Dodge Intrepid**<br>**Approximate Miles:130,000** | **Neb. Rev. Stat. § 25-1552** | **575.00** | **575.00** |
| **Valued per kbb.com, private party, fair condition**<br>**value as of 3/11/2010** | | | |

| | Total: | **1,040,879.20** | **161,475.40** |
|---|---|---|---|

Sheet __**2**__ of __**2**__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Nebraska

In re  **Mark J. Whetstone**
      **Karil A. Whetstone**

|  | |
|---|---|
| | Case No. __10-80713__ |
| Debtor(s) | Chapter __13__ |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 20, 2014**          Signature  **/s/ Mark J. Whetstone**
                                          **Mark J. Whetstone**
                                          Debtor

Date  **June 20, 2014**          Signature  **/s/ Karil A. Whetstone**
                                          **Karil A. Whetstone**
                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy