## UNITED STATES BANKRUPTCY COURT
### District of Nebraska (Omaha Office)

IN RE:

Mark J. Whetstone,                                                    Case No. 10-80713

          Debtor.

### AFFIDAVIT OF DISINTEREST PURSUANT TO BANKRUPTCY RULE 2014(a)

STATE OF TEXAS          )
                      )ss.
COUNTY OF HARRIS    )

    NOW COMES Blake A. Deady, who makes the following statement under oath:

1. I am an attorney authorized to practice my profession under the laws of the State of Texas.

2. I am experienced in personal injury law, and am currently an Associate with Clark, Burnett, Love & Lee, G.P.

3. The debtor's counsel has asked that I perform the professional services as set forth on the debtor's application for employment on behalf of the estate. I am experienced and qualified in the matters for which I am to be employed as set forth in the Application.

4. Neither I nor the firm with which I am associated:

   a. are a creditor, an equity security holder or an insider of the debtor;

   b. are an investment banker for any outstanding security of the debtor;

   c. are or have been, within three years before the date of the filing of the petition in this case, an investment banker for securities of the debtor, or an attorney for an investment banker in connection with securities of the debtor;

   d. are or have been, within the two years before the date of the filing of the petition in this case, a director, officer, or employee of the debtor or an

investment banker specified in subparagraph b or c; and

e.      have any interest materially adverse to the interest of the estate or of any

class of creditors or equity security holders, by reason of any direct or indirect

relationship to, connection with, or interest in, the debtor or an investment

banker specified in subparagraph b or c, or for any other reason.

5.      To the best of my knowledge, neither I nor the firm with which I am associated hold

or represent any interest adverse to the interest of the estate. Neither I nor the firm

with which I am associated has any connection with the debtor, debtor's counsel,

creditors, any other party in interest, their respective attorneys and accountants, the

United States Trustee, or any person employed in the office of the United States

Trustee, except as described as follows: None

6.      Neither I nor the firm with which I am associated has shared or agreed to share and

will not share or agree to share, any compensation paid to it with any other person

except:  None (unless there is a referring attorney).

7.      The contingent rate(s) charged by our firm are as follows: 40% of any and all

amounts recovered.  In addition to our firm's compensation, we are entitled to be

reimbursed for the reasonable costs of prosecution of the claim.

I understand that I must keep detailed records of expenses.

Dated this 25th day of SEPTEMBER, 2012.

Giovanna Eby
Commission Expires
09-29-15

Blake A. Deady

Subscribed and sworn to before me
this 25th day of September, 2012.

Notary Public, State of TEXAS
My commission expires:  9-29-15.