IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN THE MATTER OF: | ) | CASE NO. 10-80713 |
|---|---|---|
| | ) | |
| Mark J. Whetstone, | ) | |
| Karil A. Whetstone, | ) | |
| | ) | |
| Debtors. | ) | |

Certification of A La Carte ("ALC") Fees/Expenses by Counsel for the Debtor(s)

COMES NOW, Wesley H. Bain, Counsel for the Debtors and hereby certifies, under oath, that:

1. I have provided valuable legal services to the Debtors that qualify for ALC fees and/or expenses above and beyond the Standard Allowable Amount ("SSA") provided for in Appendix "N" of the Neb. R. Bankr. P.

2. I have abided by the restrictions set forth regarding ALC fees and, in particular, about the prohibition of "stacking" fee requests pursuant to Paragraph 3(e) of Appendix "N." I have also read and adhered to the *Instructions and Comments* attached to Appendix "Q" of the Neb. R. Bankr. P.

3. That if additional expenses are requested herein, I certify that the actual expenses incurred are itemized and attached to this certification of fees.

4. I hereby request ALC fees and/or expenses as set forth in the chart below:

| | Service | Scheduled Fee | Related CM/ECF Docket Entry Numbers | Select Service with an "X" | Selected Amount |
|---|---|---|---|---|---|
| | | | | | |
| 1. | Motion to Shorten Time filed in conjunction with an underlying separate substantive motion. | $100 | | | |
| 2. | Motion to extend the automatic stay | $300 | | | |
| 3. | Motion to borrow, sell or refinance personal or real property. Services to include amending necessary schedules, communications with various parties prior to filing motion, obtaining and reviewing all available documents in which the debtor proposes to execute upon approval of the motion and any other related work. | $400 | | | |
| 4. | Motion to Allow filing claim out of time | $250 | | | |
| 5. | Motion to alter, amend or reconsider judgments (except where the motion to alter, amend or reconsider was necessitated by counsel's own oversight, inexperience, inefficiency or failure to follow proper procedure) | $250 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Motion to reinstate Chapter 13 proceeding | $250 | | | |
| 7. | Motion to pay off Chapter 13 Plan early | $350 | | | |
| 8. | Preparation, filing and service of Amended Plan, post confirmation. Services provided shall include amending necessary schedules, reviewing of past stipulations, if any, reviewing claims, verifying adequate funding, filing of DSO in support of amended plan, addressing all objections to Plan, addressing request for production of documents. | $500 | #56 | X | $500.00 |
| 9. | Motion to avoid liens on real or personal property | $350 | | | |
| 10. | Objection to improper or invalid claims | $250 | | | |
| 11. | Preparing and filing of late claims | $250 | | | |
| 12. | Motion to employ, approve settlement or compromise controversy | $350 | #52 | X | $350.00 |
| 13. | Objection to Motions for Relief from the Automatic Stay, including Motions for Relief under the Co-debtor stay | $400 | | | |
| 14. | Resist/Defend Motion to Dismiss | $400 | | | |
| 15. | Resist Motion to Reconcile Plan Payments | $250 | | | |
| 16. | Motion for Turnover if no Adversary Proceeding is necessary | $350 | | | |
| 17. | Motion to Assume or Reject Lease | $150 | | | |
| 18. | Motion to Suspend Plan Payments | $350 | | | |
| 19. | Other necessary miscellaneous motions not otherwise provided for in the above categories | $250 | | | |
| | **ACTUAL EXPENSES INCURRED RELATED TO ALC ACTION (Please attach an itemized statement)** | $184.27 | | | $184.27 |
| | **TOTAL (FEES & EXPENSES)** | | | | **$1,034.27** |

Dated: 7/10/14

_____
Counsel for the Debtors

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF Douglas    )

SUBSCRIBED, SWORN TO and acknowledged before me by Wesley H. Bain, Debtor's Counsel, this 10th day of July, 2014.

_____
Notary Public



GENERAL NOTARY - State of Nebraska
JANICE A. NEDELL
My Comm. Exp. Aug. 15, 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO: 10-83404 |
| Mark J. Whetstone, | ) | |
| Karil A. Whetstone, | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtors | ) | |

## NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013, You are notified as follows:

1. Wesley H. Bain, attorney for the above captioned debtor, has filed a Certification of Fees.

2. The last day to file a resistance to the Certification of Fees is July 31, 2014. The Resistance must be served on Debtors' counsel.

3. If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting the relief sought without further notice or hearing.

DATED: July 10, 2014          Mark J. Whetstone,
                              Karil A. Whetstone, Debtors.

                        By:   /s/Wesley H. Bain
                              Wesley H. Bain, #23620
                              2580 South 90th Street
                              Omaha, NE 68124
                              (402) 933-8600
                              Facsimile 934-2848
                              Attorney for Debtors.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Certification of Fees AND NOTICE SETTING RESISTANCE DEADLINE was served upon the interested parties, via CM/ECF July 10, 2014.

The following have been provided service via U.S. Mail, first class, on July 10, 2014:

Mark & Karil Whetstone
9105 Nina Street
Omaha, NE 68124

                              /s /Wesley H. Bain

John T. Turco & Associates, P.C., L.L.O.
Attorneys at Law
2580 South 90th Street
Omaha, NE 68124

Date:    7/10/2014

Mark & Karil Whetstone
9105 Nina Street
Omaha, NE 68124

Regarding:    Whetstone, Mark & Karil
Invoice No:   02918

## Expenses

| Start Date | Description | Charges |
|---|---|---|
| 6/20/2014 | Copies of Motion to Approve Settlement | $59.40 |
| 6/20/2014 | Postage for Motion to Approve Settlement | $32.34 |
| 7/10/2014 | Copies of Amended Plan and DSO Certificate | $59.70 |
| 7/10/2014 | Postage for Amended Plan and DSO Certificate | $32.83 |
| | Total Expenses | $184.27 |

Total New Charges    $184.27