IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  10-80713-TLS |
| | ) |
| **MARK J. WHETSTONE** | ) CHAPTER 13 |
| SSN: ###-##-0844 | ) |
| **KARIL A. WHETSTONE** | ) |
| SSN: ###-##-9112 | ) |
| | ) |
| **Debtors.** | |

## TRUSTEE'S NOTICE OF AMENDED PLAN

TO:    MARK J. WHETSTONE                                    KARIL A. WHETSTONE

Kathleen A. Laughlin, Chapter 13 Trustee, has received an amended Chapter 13 plan dated **07/10/2014** for your case.

**The amended plan requires the Debtor to make payments to the Trustee in the amount of  $145.00 PER MONTH.**

**The Debtor's next payment is due AUGUST 2014.**

Payments must be made on or before the due date or the Trustee may move to dismiss the case.

If your payment amount has changed and your amended plan has been approved, the Bankruptcy Court will send an Order which requires the debtor or debtor's employer to make the payments set forth in the amended plan upon approval of the amended plan.  If the amended plan is not approved, your payment remains the same as in your current plan.

DATED:  July 15, 2014

s/ Kathleen A. Laughlin
Kathleen A. Laughlin #16883
Chapter 13 Trustee
13930 Gold Circle, Suite #201
Omaha, NE 68144
(402) 697-0437
1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Notice was served on WESLEY H BAIN, debtors attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on July 15, 2014, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

MARK J. WHETSTONE                                    KARIL A. WHETSTONE
9105 NINA STREET                                         9105 NINA STREET
OMAHA, NE 68124                                          OMAHA, NE 68124

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

WESLEY H BAIN
**Attorney at Law**
**2580 S 90TH ST**
OMAHA, NE 68124