# IN THE UNITED STATES BANKRUPTCY COURT
## District of Nebraska

In the Matter of:            }
                             }  Case No. 10-80713
Mark J. Whetstone            }
Karil A. Whetstone           }  Chapter 13
                             }
Debtor(s)                    }

## CERTIFICATION BY DEBTOR
## IN SUPPORT OF CONFIRMATION

With regard to the Chapter 13 plan/amended plan filed on __July 10, 2014__ I certify that:

__X__ Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation as defined by 11 U.S.C. Sec. 101(14A).

OR

_____ I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. Sec. 101(14A)] required by a judicial or administrative order, or by statute.

I declare under penalty of perjury that the foregoing certification is true and correct.

_/s/ Mark J. Whetstone_           Dated: 7/16/14
Mark J. Whetstone, Debtor

_/s/ Karil A. Whetstone_          Dated: 7-16-2014
Karil A. Whetstone, Joint Debtor

# JOHN T. TURCO & ASSOCIATES, P.C., L.L.O.

*Attorneys at Law*

2580 South 90th Street
Omaha, Nebraska 68124
Telephone: **(402) 933-8600**
Facsimile: (402) 934-2848

| | |
|---|---|
| *John T. Turco* | jturco@johnturcolaw.com |
| *Wesley H. Bain* | wbain@johnturcolaw.com |
| *Erin M. McCartney* | mmccartney@johnturcolaw.com |
| *Thalia L. Carroll* | tcarroll@johnturcolaw.com |

July 10, 2014

Mark J. Whetstone
Karil A. Whetstone
9105 Nina Street
Omaha, NE  68124

Dear Mark and Karil:

Enclosed is a certification regarding domestic support obligations (Child support, Property settlement, Alimony, etc), which we are required to file with the bankruptcy court prior to your plan being confirmed, regardless of whether you have a support obligation or not. Please complete the form (place an X by the paragraph that applies), sign and return to our office within seven (7) days so it may be filed with the Court. If you fail to return this to our office, your chapter 13 plan will not be confirmed and you risk having your case dismissed. If you have any questions about this form, please contact our office.

This document must be filed with the Court ASAP so please do not delay in returning it to our office. Thank you for your assistance regarding this matter.

Cordially yours,

*[signature]*

John T. Turco & Associates

Enclosure

P.S.: If you have any questions, please feel free to contact the office and ask for Andrea Schulte or email Andrea at aschulte@johnturcolaw.com.