IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:                                          )
                                                )
ORDER TO DEBTOR CONCERNING                      )    GENERAL ORDER No. 10-05
DIRECT PLAN PAYMENTS IN                         )
CHAPTER 13 PROCEEDINGS                          )

      The Court finds that any debtor who has filed a petition under Chapter 13 of the Bankruptcy Code has submitted all future income to the jurisdiction of this Court in accordance with that Code. Consequently, the Court further finds that this order shall apply in all cases in which the terms of the Chapter 13 Plan filed therein direct that the debtor is to make payments to the Trustee directly and not through employer wage withholding.

      IT IS, THEREFORE, ORDERED that until further order of this COURT, the DEBTOR named below SHALL PAY the amount listed below, commencing on or before the date listed below, this date representing 30 days from the date the bankruptcy was filed as required by 11 U.S.C. § 1326 (a) (1). These payments shall be remitted to the Chapter 13 Trustee appointed herein or her successor in interest at the address set forth below.

      IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall ONLY be by money order, postal order, cashier's check, or certified funds. Personal checks and cash will NOT be accepted.

      IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

      IT IS FURTHER ORDERED, that this order supersedes previous orders to the debtor to make payments to the Trustee in this case.

      The Trustee is hereby directed by the Court to complete the information required to effectuate this order in the spaces provided below, to serve a copy of this order on the debtor(s), and to file a copy of the order as served, with the information as supplied by the Trustee, with the Court. The Trustee is authorized to notify a debtor to cease payments upon dismissal of the case or completion of the plan, or other similar reasons.

IT IS SO ORDERED.

DATED: July 1, 2010

_____
Thomas L. Saladino, Chief Bankruptcy Judge

_____
Timothy J. Mahoney, Bankruptcy Judge

Case Information:

| | | | |
|---|---|---|---|
| Name: | **MARK J. WHETSTONE** | SSN# | ###-##-0844 |
| | **KARIL A. WHETSTONE** | SSN# | ###-##-9112 |
| Case No. | **10-80713-TLS** | | |
| Effective Date: | **August 4, 2014** | | |

To the debtors: In accordance with the above order of the Court, you must forward funds as follows:

**$145.00 MONTHLY**

Funds are to be remitted to the Trustee at the following address. **Please put the case number on your money order, cashier's check, or other certified funds** and mail to:

Kathleen A. Laughlin, Chapter 13 Trustee
PO Box 3287
Omaha, NE  68103-0287

The Trustee hereby certifies that a true and correct copy of this order was served on WESLEY H BAIN, debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was served upon the debtors at the following address by regular US Mail, postage prepaid on **August 4, 2014.**

s/ Kathleen A. Laughlin
Kathleen A. Laughlin #16883
Chapter 13 Trustee

MARK J. WHETSTONE
9105 NINA STREET
OMAHA, NE 68124

KARIL A. WHETSTONE
9105 NINA STREET
OMAHA, NE 68124

Call with questions: locally at (402) 697-0437, or long distance at 1-800-884-0437