IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK. NO.  10-80713-TLS |
| | ) | |
| MARK J. WHETSTONE | ) | CHAPTER 13 |
| SSN: ###-##-0844 | ) | |
| KARIL A. WHETSTONE | ) | |
| SSN: ###-##-9112 | ) | |
| | ) | |
| **Debtors.** | | |

## CERTIFICATE OF FINAL PAYMENT

The Chapter 13 Trustee hereby certifies that the Debtors have completed all payments required under their confirmed Chapter 13 plan.  This case was filed after enactment of the Bankruptcy Abuse and Consumer Protection Act of 2005. <u>A Final Report shall be filed by the Chapter 13 Trustee once all outstanding checks have cleared.</u>

The undersigned certifies that a true and correct copy of this Certificate of Final Payment was mailed to the parties indicated below and served upon the debtor's attorney, WESLEY H BAIN, via the ECF system or regular mail.

DATED:  August 31, 2015

<u>s/ Kathleen A. Laughlin</u>
Kathleen A. Laughlin
Chapter 13 Trustee

MARK J. WHETSTONE
9105 NINA STREET
OMAHA, NE 68124

KARIL A. WHETSTONE
9105 NINA STREET
OMAHA, NE 68124

WESLEY H BAIN
2580 S 90TH ST
OMAHA, NE 68124