Certificate Number: 03088-NE-DE-026159495

Bankruptcy Case Number: 10-80713



03088-NE-DE-026159495

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2015, at 9:56 o'clock AM CDT, Mark J Whetstone completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Nebraska.

Date:   September 5, 2015             By:    /s/Doug Tonne

                                      Name:  Doug Tonne

                                      Title: Counselor