IN THE UNITED STATES BANKRUPTCY COURT
District of Nebraska

| In the Matter of: | } | |
|---|---|---|
| | } | Case No. 10-80713 |
| Mark J. Whetstone | } | |
| Karil A. Whetstone | } | Chapter 13 |
| | } | |
| Debtor(s) | } | |

## DOMESTIC SUPPORT OBLIGATION CERTIFICATION FOR DISCHARGE OF CHAPTER 13

I certify that:

1.      I have not, during the four-year period preceding the date of the order for relief under this chapter (which is the date on which the petition in this case was filed), received a discharge in a bankruptcy case filed under chapter 7, 11, or 12; and I have not, during the two-year period preceding the date of the order for relief, received a discharge in a case filed under chapter 13.

        _____X_____ I am not required, by a judicial or administrative order or by statue, to pay any domestic support obligation as defined in 11 U.S.C. § 101 (14A);

OR

2.      _____ I am required by a judicial or administrative order or by statues, to pay a domestic support obligation as defined in 11 U.S.C. § 101 (14A), and all amounts payable under such order or statue that are due on or were due before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) have been paid.


_____          Dated: Sep 5, 2015
Mark J. Whetstone, Debtor


_____          Dated: Sept 5 2015
Karil A. Whetstone, Joint Debtor