# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEBRASKA

In re: MARK J. WHETSTONE  
      KARIL A. WHETSTONE  
      Debtor(s)

Case No.: 10-80713-TLS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathleen A. Laughlin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  03/12/2010.
2) The plan was confirmed on  05/14/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  08/01/2014.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  07/01/2015.
5) The case was completed on  07/24/2015.
6) Number of months from filing or conversion to last payment:  64.
7) Number of months case was pending:  67.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  40,879.20.
10) Amount of unsecured claims discharged without full payment:  28,187.42.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
- Total paid by or on behalf of the debtor: $9,950.00
- Less amount refunded to debtor: $.00

**NET RECEIPTS:** $9,950.00

**Expenses of Administration:**
- Attorney's Fees Paid Through The Plan: $4,501.03
- Court Costs: $.00
- Trustee Expenses and Compensation: $503.55
- Other: $.00

**TOTAL EXPENSES OF ADMINISTRATION:** $5,004.58

Attorney fees paid and disclosed by debtor: $176.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | Unsecured | 67.00 | NA | NA | .00 | .00 |
| AFNI | Unsecured | NA | NA | NA | .00 | .00 |
| ANESTHESIA WEST | Unsecured | NA | NA | NA | .00 | .00 |
| ASSET MANAGEMENT PROFESSIONALS | Unsecured | 1,885.00 | NA | NA | .00 | .00 |
| ATLANTIC CREDIT AND FINANCE | Unsecured | 972.00 | NA | NA | .00 | .00 |
| CAPITAL MANAGEMENT SVCS | Unsecured | NA | NA | NA | .00 | .00 |
| CARLOS A MONZON | Unsecured | NA | NA | NA | .00 | .00 |
| CENTRAL CREDIT FLAGSTAR | Unsecured | 286.00 | NA | NA | .00 | .00 |
| CHRISTOPHER K LOFTUS | Unsecured | NA | NA | NA | .00 | .00 |
| CREIGHTON MEDICAL ASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| DENNIS P LEE ATTY | Unsecured | NA | NA | NA | .00 | .00 |
| EAST BAY FUNDING | Unsecured | NA | 414.21 | 414.21 | 37.67 | .00 |

0058-1L-EPIEXX-00501064-855075

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In re: MARK J. WHETSTONE  
      KARIL A. WHETSTONE  
      Debtor(s)

Case No.: 10-80713-TLS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EMPI, INC | Unsecured | NA | NA | NA | .00 | .00 |
| FCNB MASTERTRUST | Unsecured | NA | 701.75 | 701.75 | 63.82 | .00 |
| GENERAL SERVICE BUREAU | Unsecured | NA | NA | NA | .00 | .00 |
| H & R ACCOUNTS, INC | Unsecured | 46.00 | NA | NA | .00 | .00 |
| HAUGE ASSOCIATES, INC | Unsecured | 17.00 | NA | NA | .00 | .00 |
| HSBC | Unsecured | 6,858.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 800.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 81.00 | 88.53 | 88.53 | 8.06 | .00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | NA | 18.29 | 18.29 | 1.66 | .00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | NA | 81.47 | 81.47 | 7.40 | .00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | NA | 1,807.20 | 1,807.20 | 164.35 | .00 |
| MARGUERITE WHETSTONE | Unsecured | 1,900.00 | 1,876.99 | 1,876.99 | 170.69 | .00 |
| MEDCO HEALTH SOLUTIONS | Unsecured | 65.00 | NA | NA | .00 | .00 |
| MEDICREDIT CORP | Unsecured | 44.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 90.14 | 90.14 | 8.20 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | 33.00 | 25.52 | 25.52 | 2.32 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 37.85 | 37.85 | 3.44 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 49.32 | 49.32 | 4.48 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | 3,166.00 | 6.13 | 6.13 | .56 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | 91.38 | 209.51 | 209.51 | 19.05 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 41.25 | 41.25 | 3.76 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | 40.00 | 37.68 | 37.68 | 3.42 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 26.74 | 26.74 | 2.43 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 287.97 | 287.97 | 26.19 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 102.91 | 102.91 | 9.36 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 10.00 | 10.00 | .91 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 289.86 | 289.86 | 26.36 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 837.96 | 837.96 | 76.21 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 202.70 | 202.70 | 18.43 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Class | NA | 21.18 | 21.18 | 1.93 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 161.74 | 161.74 | 14.71 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 225.98 | 225.98 | 20.55 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 90.00 | 90.00 | 8.18 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 33.04 | 33.04 | 3.01 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 154.86 | 154.86 | 14.08 | .00 |
| MERCHANTS CREDIT ADJUSTERS | Unsecured | NA | 486.20 | 486.20 | 44.22 | .00 |
| METHODIST PHYSICIANS CLINIC | Unsecured | NA | 239.67 | 239.67 | 21.79 | .00 |
| MIDWEST GASTROINTESTINAL ASSOCI | Unsecured | NA | NA | NA | .00 | .00 |
| NEBRASKA HEART INSTITUTE | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In re: MARK J. WHETSTONE  
      KARIL A. WHETSTONE  
      Debtor(s)

Case No.: 10-80713-TLS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NEBRASKA MEDICINE | Unsecured | 137.00 | NA | NA | .00 | .00 |
| NEBRASKA MEDICINE | Unsecured | NA | 32.00 | 32.00 | 2.91 | .00 |
| OMAHA FCU | Unsecured | 391.00 | NA | NA | .00 | .00 |
| PENN CREDIT CORP | Unsecured | 90.00 | NA | NA | .00 | .00 |
| PENN CREDIT CORPORATION | Unsecured | 90.00 | NA | NA | .00 | .00 |
| PINNACLE FINANCIAL | Unsecured | 73.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 6,620.00 | 6,620.97 | 6,620.97 | 603.96 | .00 |
| PROFESSIONAL CHOICE RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 2,571.99 | 2,571.99 | 233.90 | .00 |
| QVC | Unsecured | 500.00 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS FUNDING LLC | Unsecured | 81.00 | 70.15 | 70.15 | 6.38 | .00 |
| RJM ACQUISITIONS FUNDING LLC | Unsecured | NA | 81.96 | 81.96 | 7.46 | .00 |
| RJM ACQUISITIONS FUNDING LLC | Unsecured | NA | 60.01 | 60.01 | 5.46 | .00 |
| THE AFFILIATED GROUP | Unsecured | 220.00 | NA | NA | .00 | .00 |
| THE BRIDGE SYSTEM | Unsecured | NA | NA | NA | .00 | .00 |
| THE UROLOGY CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| TRI-STAR MANAGEMENT LLC | Priority | NA | 815.26 | 815.26 | 815.26 | .00 |
| WELLS FARGO HOME MORTGAGE | Secured | 118,475.00 | 119,919.21 | 119,919.21 | .00 | .00 |
| WELLS FARGO HOME MORTGAGE | Secured | 2,000.00 | 2,243.00 | 2,243.00 | 2,243.00 | 239.85 |

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEBRASKA

In re:  MARK J. WHETSTONE  
       KARIL A. WHETSTONE  
       Debtor(s)

Case No.: 10-80713-TLS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WEST ASSET MANAGEMENT | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|   Mortgage Ongoing: | 119,919.21 | .00 | .00 |
|   Mortgage Arrearage: | 2,243.00 | 2,243.00 | 239.85 |
|   Debt Secured by Vehicle: | .00 | .00 | .00 |
|   All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 122,162.21 | 2,243.00 | 239.85 |
| **Priority Unsecured Payments:** | | | |
|   Domestic Support Arrearage: | .00 | .00 | .00 |
|   Domestic Support Ongoing: | .00 | .00 | .00 |
|   All Other Priority: | 815.26 | 815.26 | .00 |
| **TOTAL PRIORITY:** | 815.26 | 815.26 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,093.73 | 1,647.31 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,004.58 |
| Disbursements to Creditors: | $4,945.42 |
| **TOTAL DISBURSEMENTS:** | $9,950.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/28/2015      By: /s/Kathleen A. Laughlin  
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.