# United States Bankruptcy Court
District of Nebraska

In Re:
MARK J. WHETSTONE
KARIL A. WHETSTONE
SS #1: XXX-XX-0844
SS #2: XXX-XX-9112

CASE NO: 10-80713-TLS
CHAPTER 13

    Debtor(s)

## NOTICE OF FINAL REPORT AND REQUEST FOR ORDER DISCHARGING TRUSTEE

NOTICE: Plan Completed

COMES NOW, Kathleen A. Laughlin, Chapter 13 Trustee, and files this Application for Approval of Final Report and Request for Order Discharging Trustee. The Trustee shows the Court as follows:

1. A Final Report and Account for all receipts and disbursements in this case is attached to this Application.
2. The Trustee has completed all duties and the Chapter 13 case has been fully administered.

WHEREFORE, the Trustee requests an Order of this Court that by its entry signifies the following:

1. The Final Report and Account of the Chapter 13 Trustee is approved.
2. The Chapter 13 Trustee is discharged of further obligation in this proceeding and is discharged of her trust.
3. The bond of the Chapter 13 Trustee is cancelled and sureties thereon released from further liability thereunder except any liability which may have arisen while the bond was in effect.
4. Unless this case has been converted to another Chapter, the case is hereby closed.

DATED: 10/28/2015

/s/Kathleen A. Laughlin
Kathleen A. Laughlin
Chapter 13 Trustee

## RESISTANCE NOTICE

Pursuant to Neb. R. Bankr. P. 9013-1, you are notified as follows:

1. Kathleen A. Laughlin, Chapter 13 Trustee, has filed an Application for Approval of Final Report and Request for Order Discharging Trustee.
2. The last day to file a resistance to the Trustee's Application is 11/27/2015. Any resistance must be filed with the Court and a copy served on the Trustee.
3. If no resistance is filed by the date set forth, the Application for Approval of Final Report and Request for Order Discharging Trustee will be granted.

MARK J. WHETSTONE
9105 NINA STREET
OMAHA, NE 68124